# In the United States Court of Federal Claims

**Nos. 01-591L, 01-5910L through 01-59125L**

**KLAMATH IRRIGATION DISTRICT, ET AL.,**
**Plaintiffs,**

**v.**

**THE UNITED STATES,**
**Defendant,**

**and**

**PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS,**
**Defendant-Intervenor.**

**JUDGMENT**

Pursuant to the court's Published Opinion, filed March 16, 2007, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaints are dismissed, with prejudice.

Brian Bishop
Clerk of Court

**March 19, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.